# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

In the Matter of:

SHIRLEY ELAINE COUTURE and          Case No. 07-21350-DSO
PATRICK JOHN COUTURE,          Chapter 7
         HON. Daniel S. Opperman

      Debtors.
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

FIA Card Services, NA          #10          $1391.42

Dated: March 10, 2011          */s/ Karen E. Evangelista (P36144)*
         Karen E Evangelista, Trustee
         439 S. Main St., Suite 250
         Rochester, MI 48307
         (248) 652-7992
         brewera1008@yahoo.com